# Exhibit A2

# EXHIBIT A2 - U.S. PATENT 7,972,363
## Infringement Claim Chart

| | U.S. Patent 7,972,363 | NuVasive Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | **Base Interfixated System** |
| 1A | A bi-directional fixating transvertebral (BDFT) screw/cage apparatus, comprising:<br><br>an intervertebral cage for maintaining disc height, the intervertebral cage including a first internal screw guide and a second internal screw guide; | The '363 Accused Instrumentalities include a bi-directional fixating transvertebral (BDFT) screw/cage apparatus, comprising an intervertebral cage for maintaining disc height, the intervertebral cage including a first internal screw guide and a second internal screw guide.<br><br>For example, the Base™ Interfixated system features an interbody cage that maintains disc height. NuVasive promotional material states that "Interbody fusion is a surgical technique that attempts to re-stabilize the spine. . . . The BASE Interfixated System is intended for use in interbody fusions in the lumbar spine from L2 to S1, following discectomy . . . ." Describing the surgical procedure, NuVasive promotional material states "An implant is inserted into the void left once the disc is removed. This implant acts as a scaffold for bone to grow through, which will eventually stabilize that segment of your spine once fusion (bone growth) occurs."<br><br>Exemplary Sources |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

1

**EXHIBIT A2 - U.S. PATENT 7,972,363**
**Infringement Claim Chart**

| U.S. Patent 7,972,363 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf<br>https://www.nuvasive.com/wp-content/uploads/2021/11/BASE-Interfixated-System-Patient-Information-Leaflet_Final.pdf<br>https://www.nuvasive.com/wp-content/uploads/2019/04/PE-1303_ALIFPEBrochureUpdate_9501187C1.pdf<br>https://www.nuvasive.com/wp-content/uploads/2017/03/ALIF-Patient-Education-Brochure-US.pdf<br>https://www.youtube.com/watch?v=Lolp2upYvHQ |
| 1B | a first screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage; | The bi-directional fixating transvertebral (BDFT) screw/cage includes a first screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage.<br><br>[Figure: Labeled diagram showing "first internal screw guide", "first screw", "tapered end", "threaded body", "screw head" on the cage; and a separate screw labeled "screw head", "threaded body", "tapered end"]<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |

# EXHIBIT A2 - U.S. PATENT 7,972,363
## Infringement Claim Chart

| | U.S. Patent 7,972,363 | NuVasive Infringing Activity[1] |
|---|---|---|
| 1C | a second screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage; and | The bi-directional fixating transvertebral (BDFT) screw/cage includes a second screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage.<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |
| 1D | a first screw locking mechanism that prevents the first screw member and/or the second screw from pulling-out of the first | The bi-directional fixating transvertebral (BDFT) screw/cage includes a first screw locking mechanism that prevents the first screw member and/or the second screw from pulling-out of the first internal screw guide and the second internal screw guide. |

3

**EXHIBIT A2 - U.S. PATENT 7,972,363**
Infringement Claim Chart

| U.S. Patent 7,972,363 | NuVasive Infringing Activity[1] |
|---|---|
| internal screw guide and the second internal screw guide, |  |

4

# EXHIBIT A2 - U.S. PATENT 7,972,363
# Infringement Claim Chart

| U.S. Patent 7,972,363 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |
| 1E | wherein the first screw locking mechanism is disposed between the intervertebral cage and an underside of the screw head of the first screw member and/or the second screw member when the first screw locking mechanism is in a locked state. | The first screw locking mechanism of the bi-directional fixating transvertebral (BDFT) screw/cage is disposed between the intervertebral cage and an underside of the screw head of the first screw member and/or the second screw member when the first screw locking mechanism is in a locked state.<br><br>*See* Row 1D. |

5