# Exhibit A3

**EXHIBIT A3 - U.S. PATENT 7,972,363**
**Infringement Claim Chart**

| U.S. Patent 7,972,363 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** / **Claim 1** | **CoRoent Small Interlock System** |
| 1A — A bi-directional fixating transvertebral (BDFT) screw/cage apparatus, comprising:<br><br>an intervertebral cage for maintaining disc height, the intervertebral cage including a first internal screw guide and a second internal screw guide; | The '363 Accused Instrumentalities include a bi-directional fixating transvertebral (BDFT) screw/cage apparatus comprising an intervertebral cage for maintaining disc height, the intervertebral cage including a first internal screw guide and a second internal screw guide.<br><br>For example, the CoRoent™ Small Interlock system features an intervertebral cage that maintains disc height.  The intervertebral cage includes first and second internal screw guides.<br><br>first internal screw guide<br><br><br><br>second internal screw guide<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT A3 - U.S. PATENT 7,972,363**
**Infringement Claim Chart**

| U.S. Patent 7,972,363 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://www.nuvasive.com/wp-content/uploads/2021/11/CoRoent-Small-Interlock-System-Patient-Information-Leaflet_Final.pdf https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |
| 1B | a first screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage; | The bi-directional fixating transvertebral (BDFT) screw/cage includes a first screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage. Exemplary Sources https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf https://andaltrauma.com/producto/coroent-small-interlock-2/ https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf |

**EXHIBIT A3 - U.S. PATENT 7,972,363**
**Infringement Claim Chart**

| U.S. Patent 7,972,363 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1C | a second screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage; and | The bi-directional fixating transvertebral (BDFT) screw/cage includes a second screw member having a screw head, a tapered end, and a threaded body disposed within the intervertebral cage. <br><br> <br><br> Exemplary Sources <br> https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf <br> https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 1D | a first screw locking mechanism that prevents the first screw member and/or the second screw from pulling-out of the first internal screw guide and the second internal screw guide, | The bi-directional fixating transvertebral (BDFT) screw/cage includes a first screw locking mechanism that prevents the first screw member and/or the second screw from pulling-out of the first internal screw guide and the second internal screw guide. |

3

**EXHIBIT A3 - U.S. PATENT 7,972,363**
**Infringement Claim Chart**

| U.S. Patent 7,972,363 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 1E | wherein the first screw locking mechanism is disposed between the intervertebral cage and an underside of the screw head of the first screw member and/or the second screw member when the first screw locking mechanism is in a locked state. | The first screw locking mechanism is disposed between the intervertebral cage and an underside of the screw head of the first screw member and/or the second screw member when the first screw locking mechanism is in a locked state. |

4

**EXHIBIT A3 - U.S. PATENT 7,972,363**
**Infringement Claim Chart**

| U.S. Patent 7,972,363 | NuVasive Infringing Activity[1] |
|---|---|
|  | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |

5