# Exhibit B2

**EXHIBIT B2 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** / **Claim 43** | **Base Interfixated System** |
| 43A / A zero-profile, intervertebral cage sized and configured to be inserted into a disc space between adjacent vertebral bodies and to provide fusion of the adjacent vertebral bodies via biological bone fusion and screw fusion, the intervertebral cage comprising: | The '293 Accused Instrumentalities include a zero-profile, intervertebral cage sized and configured to be inserted into a disc space between adjacent vertebral bodies and to provide fusion of the adjacent vertebral bodies via biological bone fusion and screw fusion.<br><br>For example, the Base™ Interfixated system includes a zero-profile, intervertebral cage that is inserted into a disc space between adjacent vertebral bodies and provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states that "The BASE Interfixated System is indicated for spinal fusion procedures in skeletally mature patients. . . . The System is designed for use with autogenous and/or allogeneic bone graft comprised of cancellous and/or corticocancellous bone graft to facilitate fusion."<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf<br>https://www.nuvasive.com/wp-content/uploads/2021/11/BASE-Interfixated-System-Patient-Information-Leaflet_Final.pdf |

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT B2 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://www.nuvasive.com/wp-content/uploads/2019/04/PE-1303_ALIFPEBrochureUpdate_9501187C1.pdf<br>https://www.nuvasive.com/wp-content/uploads/2017/03/ALIF-Patient-Education-Brochure-US.pdf<br>https://www.youtube.com/watch?v=Lolp2upYvHQ |
| 43B | a top wall;<br>a bottom wall opposite the top wall;<br>a first sidewall;<br>a second sidewall opposite the first sidewall, each of the first sidewall and the second sidewall having a surface configured to contact one of the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, wherein at least the first sidewall and the second sidewall bound an open space capable of receiving bone filling for the biological bone fusion, | The intervertebral cage includes a top wall, a bottom wall opposite the top wall, a first sidewall, a second sidewall opposite the first sidewall, each of the first sidewall and the second sidewall having a surface configured to contact one of the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, wherein at least the first sidewall and the second sidewall bound an open space capable of receiving bone filling for the biological bone fusion.<br><br><br><br>*See also* Row 43A.<br><br>Exemplary Sources |

**EXHIBIT B2 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |
| 43C | wherein the top wall includes a top surface and a bottom surface opposite the top surface, the top surface configured to have a zero-profile with respect to the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, and the bottom surface facing the open space; and | The top wall includes a top surface and a bottom surface opposite the top surface, the top surface configured to have a zero-profile with respect to the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, and the bottom surface facing the open space.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf<br>https://www.nuvasive.com/wp-content/uploads/2021/11/BASE-Interfixated-System-Patient-Information-Leaflet_Final.pdf |
| 43D | an internal screw trajectory guide for guiding a trajectory of a screw through the intervertebral cage, the internal screw trajectory guide having an internal bore with an entry opening and an exit opening, | The intervertebral cage includes an internal screw trajectory guide for guiding a trajectory of a screw through the intervertebral cage, the internal screw trajectory guide having an internal bore with an entry opening and an exit opening, the internal bore of the entry opening formed only in the top surface of the top wall, and the internal bore of the exit opening formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall. |

3

**EXHIBIT B2 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | NuVasive Infringing Activity[1] |
|---|---|
| | the internal bore of the entry opening formed only in the top surface of the top wall, and the internal bore of the exit opening formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall. | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |

4