# Exhibit B4

**EXHIBIT B4 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | | NuVasive Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 43** | **CoRoent Small Interlock System** |
| 43A | A zero-profile, intervertebral cage sized and configured to be inserted into a disc space between adjacent vertebral bodies and to provide fusion of the adjacent vertebral bodies via biological bone fusion and screw fusion, the intervertebral cage comprising: | The '293 Accused Instrumentalities include a zero-profile, intervertebral cage sized and configured to be inserted into a disc space between adjacent vertebral bodies and to provide fusion of the adjacent vertebral bodies via biological bone fusion and screw fusion.<br><br>For example, the CoRoent™ Small Interlock system features a zero-profile interbody cage that provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states "The NuVasive Coroent Small Interlock System and the NuVasive Coroent Small Interlock II System are an anterior cervical interbody fusion system indicated for use in skeletally mature patients with cervical disc disease (DDD) at one level from C2-T1. . . . The Systems are intended to be used with autogenous or allogeneic bone graft comprised of cancellous, cortical, and/or corticocancellous bone graft to facilitate fusion."<br><br><br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT B4 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/<br>https://www.nuvasive.com/wp-content/uploads/2021/11/CoRoent-Small-Interlock-System-Patient-Information-Leaflet_Final.pdf |
| 43B | a top wall;<br>a bottom wall opposite the top wall;<br>a first sidewall;<br>a second sidewall opposite the first sidewall, each of the first sidewall and the second sidewall having a surface configured to contact one of the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, wherein at least the first sidewall and the second sidewall bound an open space capable of receiving bone filling for the biological bone fusion, | The intervertebral cage includes a top wall, a bottom wall opposite the top wall, a first sidewall, a second sidewall opposite the first sidewall, each of the first sidewall and the second sidewall having a surface configured to contact one of the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, wherein at least the first sidewall and the second sidewall bound an open space capable of receiving bone filling for the biological bone fusion.<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf |

**EXHIBIT B4 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |
| 43C | wherein the top wall includes a top surface and a bottom surface opposite the top surface, the top surface configured to have a zero-profile with respect to the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, and the bottom surface facing the open space; and | The top wall includes a top surface and a bottom surface opposite the top surface, the top surface configured to have a zero-profile with respect to the adjacent vertebral bodies when the intervertebral cage is inserted into the disc space, and the bottom surface facing the open space.<br><br>For example, NuVasive promotional material states "The CoRoent® Small Interlock™ system was designed as a TRUE 'no-profile' device that is implanted entirely within the confines of the intervertebral disc space."<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |
| 43D | an internal screw trajectory guide for guiding a trajectory of a screw through the intervertebral cage, the | The intervertebral cage includes an internal screw trajectory guide for guiding a trajectory of a screw through the intervertebral cage, the internal screw trajectory guide having an internal bore with an entry opening and an exit opening, the internal bore of the entry opening formed only in the top surface |

3

**EXHIBIT B4 - U.S. PATENT 9,005,293**
**Infringement Claim Chart**

| U.S. Patent 9,005,293 | NuVasive Infringing Activity[1] |
|---|---|
| internal screw trajectory guide having an internal bore with an entry opening and an exit opening, the internal bore of the entry opening formed only in the top surface of the top wall, and the internal bore of the exit opening formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall. | of the top wall, and the internal bore of the exit opening formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall.<br><br> <br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |