# Exhibit C2

**EXHIBIT C2 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** | **Claim 1** | **Brigade System** |
| 1A | A tool assembly comprising: an intervertebral bone fusion spacer for insertion into a disc space between a first vertebral body and a second vertebral body for providing fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion, | The '854 Accused Instrumentalities include a tool assembly that includes an intervertebral bone fusion spacer for insertion into a disc space between a first vertebral body and a second vertebral body for providing fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion.

For example, the Brigade™ system features an intervertebral bone fusion spacer that is inserted into a disc space between a first vertebral body and a second vertebral body and provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states that "The System is designed for use with autogenous and/or allogeneic bone graft comprised of cancellous and/or corticocancellous bone graft to facilitate fusion."

Exemplary Sources
https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf |

| | U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | **Brigade System** |
| 1A | A tool assembly comprising: an intervertebral bone fusion spacer for insertion into a disc space between a first vertebral body and a second vertebral body for providing fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion, | The '854 Accused Instrumentalities include a tool assembly that includes an intervertebral bone fusion spacer for insertion into a disc space between a first vertebral body and a second vertebral body for providing fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion.<br><br>For example, the Brigade™ system features an intervertebral bone fusion spacer that is inserted into a disc space between a first vertebral body and a second vertebral body and provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states that "The System is designed for use with autogenous and/or allogeneic bone graft comprised of cancellous and/or corticocancellous bone graft to facilitate fusion."<br><br><br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

1

**EXHIBIT C2 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| | https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf<br>https://www.nuvasive.com/wp-content/uploads/2021/11/Brigade-Interfixated-System-Patient-Information-Leaflet_Final.pdf<br>https://www.youtube.com/watch?v=PvaLewe4s5Y<br>https://www.youtube.com/watch?v=7kLbpWP-Yok |
| 1B  the intervertebral bone fusion spacer comprising an intervertebral cage including a first indentation on a first surface of the intervertebral cage and a second indentation on a second surface of the intervertebral cage, | The intervertebral bone fusion spacer includes an intervertebral cage including a first indentation on a first surface of the intervertebral cage and a second indentation on a second surface of the intervertebral cage.<br><br><br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=7kLbpWP-Yok |

**EXHIBIT C2 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1C | wherein the intervertebral cage includes: a top wall, a bottom wall, and two sidewalls defining an open space capable of receiving bone filling for the biological bone fusion; and | The intervertebral cage includes a top wall, a bottom wall, and two sidewalls defining an open space capable of receiving bone filling for the biological bone fusion.<br><br><br><br>*See also* Row 1A.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf |
| 1D | an internal screw guide having an internal bore with an entry opening and an exit opening, the entry opening of the internal bore formed only in a top surface of the top wall and the exit opening | The intervertebral cage includes an internal screw guide having an internal bore with an entry opening and an exit opening, the entry opening of the internal bore formed only in a top surface of the top wall and the exit opening formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall. |

3

**EXHIBIT C2 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall; and | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://www.youtube.com/watch?v=7kLbpWP-Yok |
| 1E | a tool for inserting the intervertebral bone fusion spacer into the disc space between the first vertebral body and the second vertebral body, the tool comprising: a body having a first end and a second end; and | The tool assembly includes a tool for inserting the intervertebral bone fusion spacer into the disc space between the first vertebral body and the second vertebral body.  The tool includes a body having a first end and a second end. |

4

**EXHIBIT C2 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| | second end / first end / (Fig. 9) / (Fig. 8a) / (Fig. 8) <br><br> Exemplary Sources <br> https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf |
| 1F — a first prong and a second prong at the first end of the body, the first prong and the second prong being movable with respect to the first end of the body, wherein each of the first prong and the second prong has a free end, and | The tool includes a first prong and a second prong at the first end of the body, the first prong and the second prong being movable with respect to the first end of the body, wherein each of the first prong and the second prong has a free end. |

5

**EXHIBIT C2 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>*(Fig. 8a)*     *(Fig. 8)*<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf |
| 1G | wherein the first prong and the second prong are capable of respectively engaging the first indentation and the second | The first prong and the second prong in the assembly tool are capable of respectively engaging the first indentation and the second indentation of the intervertebral cage. |

**EXHIBIT C2 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| indentation of the intervertebral cage. | Exemplary Sources https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf |