# Exhibit C3

**EXHIBIT C3 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| **Row**  **Claim 1** | **CoRoent Small Interlock System** |
| 1A  A tool assembly comprising:<br><br>an intervertebral bone fusion spacer for insertion into a disc space between a first vertebral body and a second vertebral body for providing fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion, | The '854 Accused Instrumentalities include a tool assembly comprising an intervertebral bone fusion spacer for insertion into a disc space between a first vertebral body and a second vertebral body for providing fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion.<br><br>For example, the CoRoent™ Small Interlock system features an interbody implant that provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states "The NuVasive Coroent Small Interlock System and the NuVasive Coroent Small Interlock II System are an anterior cervical interbody fusion system indicated for use in skeletally mature patients with cervical disc disease (DDD) at one level from C2-T1. . . . The Systems are intended to be used with autogenous or allogeneic bone graft comprised of cancellous, cortical, and/or corticocancellous bone graft to facilitate fusion."<br><br> |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT C3 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| | Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/<br>https://www.nuvasive.com/wp-content/uploads/2021/11/CoRoent-Small-Interlock-System-Patient-Information-Leaflet_Final.pdf |
| 1B | the intervertebral bone fusion spacer comprising an intervertebral cage including a first indentation on a first surface of the intervertebral cage and a second indentation on a second surface of the intervertebral cage, | The intervertebral bone fusion spacer comprises an intervertebral cage including a first indentation on a first surface of the intervertebral cage and a second indentation on a second surface of the intervertebral cage.<br><br><br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |

**EXHIBIT C3 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1C | wherein the intervertebral cage includes: a top wall, a bottom wall, and two sidewalls defining an open space capable of receiving bone filling for the biological bone fusion; and | The intervertebral cage includes a top wall, a bottom wall, and two sidewalls defining an open space capable of receiving bone filling for the biological bone fusion. *See also* Row 1A. Exemplary Sources https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |
| 1D | an internal screw guide having an internal bore with an entry opening and an exit opening, the entry opening of the internal bore formed only in a top surface of the top wall and the exit opening | The intervertebral cage includes an internal screw guide having an internal bore with an entry opening and an exit opening, the entry opening of the internal bore formed only in a top surface of the top wall and the exit opening formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall. |

**EXHIBIT C3 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| formed at least partially in a bottom surface of the top wall and at least partially in a side surface of the top wall; and | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |
| 1E   a tool for inserting the intervertebral bone fusion spacer into the disc space between the first vertebral body and the second vertebral body,<br>the tool comprising:<br>a body having a first end and a second end; and | The tool assembly includes a tool for inserting the intervertebral bone fusion spacer into the disc space between the first vertebral body and the second vertebral body.  The tool includes a body having a first end and a second end. |

**EXHIBIT C3 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |
| 1F | a first prong and a second prong at the first end of the body, the first prong and the second prong being movable with respect to the first end of the body, wherein each of the first prong and the second prong has a free end, and | The tool includes a first prong and a second prong at the first end of the body, the first prong and the second prong being movable with respect to the first end of the body, wherein each of the first prong and the second prong has a free end. |

**EXHIBIT C3 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |

**EXHIBIT C3 - U.S. PATENT 9,301,854**
**Infringement Claim Chart**

| U.S. Patent 9,301,854 | NuVasive Infringing Activity[1] |
|---|---|
| 1G | wherein the first prong and the second prong are capable of respectively engaging the first indentation and the second indentation of the intervertebral cage. | The first prong and the second prong in the assembly tool are capable of respectively engaging the first indentation and the second indentation of the intervertebral cage.<br><br><br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |