# Exhibit D2

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** \| **Claim 22** | **X-Core Systems** |
| 22A \| An apparatus comprising an artificial expansile disc having first and second shells and an expansion mechanism positioned between the first and second shells and configured to expand the artificial expansile disc, | The '940 Accused Instrumentalities include an apparatus comprising an artificial expansile disc having first and second shells and an expansion mechanism positioned between the first and second shells and configured to expand the artificial expansile disc.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/X-CORE-Mini-Sales-Brochure.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Cervical-Corpectomy-Sales-Brochure.pdf<br>https://www.nuvasive.com/wp-content/uploads/2021/11/X-Core-Expandable-VBR-System-Patient-Information-Leaflet_Final.pdf<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/X-CORE-Mini-Brochure.Nuvasive.pdf<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE.SGT-Nuvasive.pdf<br>https://www.thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE-2.Brochure-Nuvasive.pdf<br>https://www.youtube.com/watch?v=QilsoIsyOms |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

1

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://www.youtube.com/watch?v=d9sR4LFQUD4 |
| 22B | wherein the expansion mechanism comprises a turning mechanism configured to drive expansion between the first shell and the second shell in response to turning the turning mechanism, | The expansion mechanism comprises a turning mechanism configured to drive expansion between the first shell and the second shell in response to turning the turning mechanism. |

2

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | NuVasive Infringing Activity[1] |
|---|---|
| |  |

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/X-CORE-Mini-Sales-Brochure.pdf<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/X-CORE-Mini-Brochure.Nuvasive.pdf<br>https://www.youtube.com/watch?v=QilsoIsyOms<br>https://www.youtube.com/watch?v=d9sR4LFQUD4 |
| 22C | wherein the artificial expansile disc is configured to be introduced into an intervertebral space with the first and second shells engaging opposing vertebral bodies when inserted into the intervertebral space and the expansion mechanism has a tool engagement portion positioned and configured to be engaged by a tool extending along a direction of insertion for rotating the turning mechanism, | The artificial expansile disc is configured to be introduced into an intervertebral space with the first and second shells engaging opposing vertebral bodies when inserted into the intervertebral space and the expansion mechanism has a tool engagement portion positioned and configured to be engaged by a tool extending along a direction of insertion for rotating the turning mechanism.<br><br><br>(Fig. 10) |

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/X-CORE-Mini-Sales-Brochure.pdf<br>https://www.thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE-2.Brochure-Nuvasive.pdf<br>https://www.youtube.com/watch?v=d9sR4LFQUD4 |
| 22D | wherein each of the first and second shells comprises a first set of engagement features extending from the first and second shells that are configured for engaging vertebral endplates of the opposing vertebral bodies to hold the artificial expansile disc in place | Each of the first and second shells comprises a first set of engagement features extending from the first and second shells that are configured for engaging vertebral endplates of the opposing vertebral bodies to hold the artificial expansile disc in place. |

5

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | NuVasive Infringing Activity[1] |
| --- | --- |
| |  |

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>*See also* Row 1C.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/X-CORE-Mini-Brochure.Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Cervical-Corpectomy-Sales-Brochure.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/X-CORE-Mini-Sales-Brochure.pdf<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE.SGT-Nuvasive.pdf<br>www.thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE-2.Brochure-Nuvasive.pdf<br>https://www.youtube.com/watch?v=QilsoIsyOms<br>https://www.youtube.com/watch?v=d9sR4LFQUD4 |
| 22E | and a second set of engagement features extending from the first and second shells that are configured for engaging the | Each of the first and second shells comprises a second set of engagement features extending from the first and second shells that are configured for engaging the vertebral endplates of the opposing vertebral bodies to hold the artificial expansile disc in place, wherein the second set of engagement features are larger than the first set of engagement features, extend further than the first set of |

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | NuVasive Infringing Activity[1] |
|---|---|
| vertebral endplates of the opposing vertebral bodies to hold the artificial expansile disc in place, wherein the second set of engagement features are larger than the first set of engagement features, extend further than the first set of engagement features, and have substantially conical tips configured for piercing the vertebral endplates when introduced into the intervertebral space and expanded. | engagement features, and have substantially conical tips configured for piercing the vertebral endplates when introduced into the intervertebral space and expanded.<br><br>For example, NuVasive promotional material states "Anti-migration teeth and spikes on Endcaps were designed to provide increased fixation" and "secure endcap spikes" have a "2mm depth to maximize stability."<br><br> |

**EXHIBIT D2 - U.S. PATENT 9,924,940**
**Infringement Claim Chart**

| U.S. Patent 9,924,940 | NuVasive Infringing Activity[1] |
|---|---|
| | *See also* Rows 1C and 1D.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/X-CORE-Mini-Brochure.Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Cervical-Corpectomy-Sales-Brochure.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/X-CORE-Mini-Sales-Brochure.pdf<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE.SGT-Nuvasive.pdf<br>www.thespinemarketgroup.com/wp-content/uploads/2020/07/X-CORE-2.Brochure-Nuvasive.pdf<br>https://www.youtube.com/watch?v=QilsoIsyOms<br>https://www.youtube.com/watch?v=d9sR4LFQUD4 |