# Exhibit E2

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| | U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | **TLX Spinal System** |
| 1A | An expandable interbody device comprising:<br><br>a first housing extending from a first end to a second end, wherein the first housing has first and second end portions positioned at the first and second ends, respectively, and has first and second side portions extending between the first and second end portions, | The '284 Accused Instrumentalities include an expandable interbody device that has a first housing extending from a first end to a second end, wherein the first housing has first and second end portions positioned at the first and second ends, respectively, and has first and second side portions extending between the first and second end portions.<br><br>[Image: expandable interbody device labeled with "second end portion", "first housing", "first end portion", marked "20°" and "9x11x31-20°"] |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

1

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| U.S. Patent 10,016,284 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | second side portion / first side portion<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://www.nuvasive.com/surgical-solutions/p360/<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1B | wherein the first housing has a first vertebral body engagement surface and has a first interior surface positioned on an opposite side of the first housing than the first vertebral body engagement surface; | The first housing of the '284 Accused Instrumentalities has a first vertebral body engagement surface and has a first interior surface positioned on an opposite side of the first housing than the first vertebral body engagement surface. |

2

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|
| | first vertebral body engagement surface<br><br>first interior surface<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1C | a second housing extending from a third end to a fourth end, wherein the second housing has third and fourth end portions positioned at the third and fourth ends, respectively, and has third and fourth side portions extending between the third and fourth end portions, | The '284 Accused Instrumentalities include a second housing extending from a third end to a fourth end, wherein the second housing has third and fourth end portions positioned at the third and fourth ends, respectively, and has third and fourth side portions extending between the third and fourth end portions. |

3

**EXHIBIT E2 - U.S. PATENT 10,016,284**
Infringement Claim Chart

| U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>*See* Row 1B.<br><br><u>Exemplary Sources</u><br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |

4

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| | U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|---|
| 1D | wherein the second housing has a second vertebral body engagement surface and has a second interior surface positioned on an opposite side of the second housing than the second vertebral body engagement surface, | The second housing has a second vertebral body engagement surface and has a second interior surface positioned on an opposite side of the second housing than the second vertebral body engagement surface.<br><br>[Image: annotated photograph of a purple and silver spinal implant device with arrows labeling "second interior surface" and "second vertebral body engagement surface"]<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1E | wherein the first housing is aligned with the second housing such that the first end of the first housing is axially aligned with the third end of the second housing and the second end of the first housing is | The first housing is aligned with the second housing such that the first end of the first housing is axially aligned with the third end of the second housing and the second end of the first housing is axially aligned with the fourth end of the second housing. |

5

EXHIBIT E2 - U.S. PATENT 10,016,284
Infringement Claim Chart

| | U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|---|
| | axially aligned with the fourth end of the second housing, | Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1F | wherein the first end portion of the first housing is hingedly connected to the third end portion of the second housing such that the first housing can pivot with respect to the second housing so as to move the second end portion of the first housing away from the fourth end portion of the second housing, | The first end portion of the first housing is hingedly connected to the third end portion of the second housing such that the first housing can pivot with respect to the second housing so as to move the second end portion of the first housing away from the fourth end portion of the second housing. |

6

EXHIBIT E2 - U.S. PATENT 10,016,284
Infringement Claim Chart

| U.S. Patent 10,016,284 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | *See* Rows 1A and 1E.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1G | wherein the second housing defines a slot in the fourth end portion between the third and fourth side portions that is sized to receive the second end portion of the first housing such that the second end of the first housing and the fourth end of the second housing are axially aligned; | The second housing defines a slot in the fourth end portion between the third and fourth side portions that is sized to receive the second end portion of the first housing such that the second end of the first housing and the fourth end of the second housing are axially aligned. |

7

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|
| | [Image: Annotated photograph of a purple spinal implant labeled "9x11x31-20°" with arrows pointing to "slot" at top and "second housing" at bottom] *See* Rows 1A, 1C, and 1E.<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1H | a wedge extending from a fifth end to a sixth end and having an angled wedge surface extending along at least a portion of a distance between the fifth end and the sixth end, | The '284 Accused Instrumentalities include a wedge extending from a fifth end to a sixth end and having an angled wedge surface extending along at least a portion of a distance between the fifth end and the sixth end. |

8

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|
| | (image of implant device with labels: "fifth end", "angled wedge surface", "sixth end", "Advanced Surface Technology") <br><br> Exemplary Sources <br> https://www.youtube.com/watch?v=IDLovL6s9g0 <br> https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf <br> https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1I | wherein the wedge is positioned between the first housing and the second housing with the angled wedge surface facing the first interior surface of the first housing, | The wedge is positioned between the first housing and the second housing with the angled wedge surface facing the first interior surface of the first housing. |

9

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| U.S. Patent 10,016,284 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | [Image: device with labels "wedge", "angled wedge surface", and "first interior surface"]<br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1J | wherein the first interior surface of the first housing has an angled housing surface shaped to engage the angled wedge surface of the wedge, | The first interior surface of the first housing has an angled housing surface shaped to engage the angled wedge surface of the wedge. |

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|
| | <br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |

|  | **U.S. Patent 10,016,284** | **NuVasive Infringing Activity[1]** |
|---|---|---|
|  |  | https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1K | wherein a distance from the fifth end to the sixth end of the wedge is less than a distance from the first end to the second end of the first housing and is less than a distance from the third end to the fourth end of the second housing, | The distance from the fifth end to the sixth end of the wedge is less than a distance from the first end to the second end of the first housing and is less than a distance from the third end to the fourth end of the second housing.<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1L | wherein the wedge is configured to slide within a spaced defined by the first and second housings in a direction toward the second and fourth ends of the first and second housings from a first wedge position that allows the first and second housings to pivot to a housing position that is substantially closed to a second wedge position whereby the angled wedge surface presses | The wedge is configured to slide within a spaced defined by the first and second housings in a direction toward the second and fourth ends of the first and second housings from a first wedge position that allows the first and second housings to pivot to a housing position that is substantially closed to a second wedge position whereby the angled wedge surface presses against the first interior surface of the first housing to hingedly open the first housing with respect to the second housing whereby the wedge remains axially confined within the space defined by the first and second housings in the first and second wedge positions. |

12

**EXHIBIT E2 - U.S. PATENT 10,016,284**
Infringement Claim Chart

| U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|
| | against the first interior surface of the first housing to hingedly open the first housing with respect to the second housing whereby the wedge remains axially confined within the space defined by the first and second housings in the first and second wedge positions; and | |
| | | Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1M | a rotation screw operably connected to the wedge and to the second housing, wherein rotation of the rotation screw moves the wedge in an axially translating direction with respect to the first housing and the second housing within the space defined by the first and second housings from the first wedge position to the second wedge position. | The '284 Accused Instrumentalities include a rotation screw operably connected to the wedge and to the second housing, wherein rotation of the rotation screw moves the wedge in an axially translating direction with respect to the first housing and the second housing within the space defined by the first and second housings from the first wedge position to the second wedge position. |

13

**EXHIBIT E2 - U.S. PATENT 10,016,284**
**Infringement Claim Chart**

| U.S. Patent 10,016,284 | NuVasive Infringing Activity[1] |
|---|---|
| | Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |

14