# Exhibit F2

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** | **Claim 1** | **TLX Spinal System** |
| 1A | An expandable intervertebral fusion device comprising:<br><br>a first movable portion extending from a first end to a second end, wherein the first movable portion has first and second end portions positioned at the first and second ends, respectively, and has first and second side portions extending between the first and second end portions, | The '633 Accused Instrumentalities include an expandable intervertebral fusion device that has a first movable portion extending from a first end to a second end, wherein the first movable portion has first and second end portions positioned at the first and second ends, respectively, and has first and second side portions extending between the first and second end portions.<br><br> |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1B    wherein the first movable portion has a first vertebral body engagement surface and has a first interior surface positioned on an opposite side of the first movable portion than the first vertebral body engagement surface; | The first movable portion has a first vertebral body engagement surface and has a first interior surface positioned on an opposite side of the first movable portion than the first vertebral body engagement surface. |

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| | first vertebral body engagement surface first interior surface Exemplary Sources https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1C | a second movable portion extending from a third end to a fourth end, wherein the second movable portion has third and fourth end portions positioned at the third and fourth ends, respectively, and has third and fourth side portions extending | The '633 Accused Instrumentalities include a second movable portion extending from a third end to a fourth end, wherein the second movable portion has third and fourth end portions positioned at the third and fourth ends, respectively, and has third and fourth side portions extending between the third and fourth end portions. |

3

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| between the third and fourth end portions, | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1D | wherein the second movable portion has a second vertebral body engagement surface and has a second interior surface positioned on an opposite side of the second movable portion than the second vertebral body engagement surface, | The second movable portion has a second vertebral body engagement surface and has a second interior surface positioned on an opposite side of the second movable portion than the second vertebral body engagement surface.<br><br>second interior surface<br><br><br><br>second vertebral body engagement surface<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1E | wherein the first movable portion is aligned with the second movable portion such that the first end of the first movable portion is axially aligned with the third end of the | The first movable portion is aligned with the second movable portion such that the first end of the first movable portion is axially aligned with the third end of the second movable portion and the second end of the first movable portion is axially aligned with the fourth end of the second movable portion. |

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| second movable portion and the second end of the first movable portion is axially aligned with the fourth end of the second movable portion, | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1F — wherein the first end portion of the first movable portion is hingedly connected to the third end portion of the second movable portion such that the first movable portion can pivot with respect to the second movable portion so as to move the second end portion of the first movable portion away from the fourth end portion of the second movable portion, | The first end portion of the first movable portion is hingedly connected to the third end portion of the second movable portion such that the first movable portion can pivot with respect to the second movable portion so as to move the second end portion of the first movable portion away from the fourth end portion of the second movable portion. |

6

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>*See* Rows 1A and 1C.<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1G — wherein the second movable portion defines a slot in the fourth end portion between the third and fourth side portions that is sized to receive the second end portion of the first movable portion such that | The second movable portion defines a slot in the fourth end portion between the third and fourth side portions that is sized to receive the second end portion of the first movable portion such that the second end of the first movable portion and the fourth end of the second movable portion are axially aligned. |

7

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| the second end of the first movable portion and the fourth end of the second movable portion are axially aligned; and | <br><br>*See* Rows 1A, 1C, and 1E.<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1H | a mechanism that pivotably moves the first movable portion and the second movable portion with respect to each other to expand a dimension of the expandable intervertebral fusion device, wherein the mechanism comprises: | The '633 Accused Instrumentalities include a mechanism that pivotably moves the first movable portion and the second movable portion with respect to each other to expand a dimension of the expandable intervertebral fusion device. |

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Collapsed—0° Lordosis <br><br> 50% Expanded—10° Lordosis <br><br> 100% Expanded—20° Lordosis <br><br> Exemplary Sources <br> https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf <br> https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1I | a wedge extending from a fifth end to a sixth end and having an angled wedge surface extending along at least a portion of a distance between the fifth end and the sixth end, | The '633 Accused Instrumentalities include a wedge extending from a fifth end to a sixth end and having an angled wedge surface extending along at least a portion of a distance between the fifth end and the sixth end. |

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | |

Exemplary Sources
https://www.youtube.com/watch?v=IDLovL6s9g0
https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf
https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1J | wherein the wedge is positioned between the first movable portion and the second movable portion with the angled wedge surface facing the first interior surface of the first movable portion, | The wedge is positioned between the first movable portion and the second movable portion with the angled wedge surface facing the first interior surface of the first movable portion. |

10

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf |
| 1K | wherein the first interior surface of the first movable portion has an angled movable portion surface shaped to engage the angled wedge surface of the wedge, | The first interior surface of the first movable portion has an angled movable portion surface shaped to engage the angled wedge surface of the wedge. |

11

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1L | wherein a distance from the fifth end to the sixth end of the wedge is less than a distance from the first end to the second end of the first movable portion and is less than a distance from the third end to the fourth end of the second movable portion, | The distance from the fifth end to the sixth end of the wedge is less than a distance from the first end to the second end of the first movable portion and is less than a distance from the third end to the fourth end of the second movable portion.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1M | wherein the wedge is configured to slide within a space defined between the first and second movable portions in a direction toward the second and fourth ends of the first and second movable portions from a first wedge position that allows the first and second movable portions to pivot to a device position that is substantially closed to a second wedge position whereby the angled wedge surface presses against the first interior surface of | The wedge is configured to slide within a space defined between the first and second movable portions in a direction toward the second and fourth ends of the first and second movable portions from a first wedge position that allows the first and second movable portions to pivot to a device position that is substantially closed to a second wedge position whereby the angled wedge surface presses against the first interior surface of the first movable portion to hingedly open the first movable portion with respect to the second movable portion whereby the wedge remains axially confined within the space defined by the first and second movable portions in the first and second wedge positions. |

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| the first movable portion to hingedly open the first movable portion with respect to the second movable portion whereby the wedge remains axially confined within the space defined by the first and second movable portions in the first and second wedge positions; and | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1N | a rotation screw operably connected to the wedge and to the second movable portion, wherein rotation of the rotation screw moves the wedge in an axially translating direction with respect to the first movable portion and the second movable portion within the space defined between the first and second movable portions from the first wedge position to the second wedge position. | The '633 Accused Instrumentalities include a rotation screw operably connected to the wedge and to the second movable portion, wherein rotation of the rotation screw moves the wedge in an axially translating direction with respect to the first movable portion and the second movable portion within the space defined between the first and second movable portions from the first wedge position to the second wedge position. |

14

**EXHIBIT F2 - U.S. PATENT 10,426,633**
**Infringement Claim Chart**

| U.S. Patent 10,426,633 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |

15