# Exhibit G3

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** · **Claim 31** | **CoRoent Small Interlock System** |
| 31A · An intervertebral combination internal screw guide and fixation apparatus configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion, the apparatus comprising: | The '753 Accused Instrumentalities include an intervertebral combination internal screw guide and fixation apparatus configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion.<br><br>For example, the CoRoent™ Small Interlock system features an interbody implant that provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states "The NuVasive Coroent Small Interlock System and the NuVasive Coroent Small Interlock II System are an anterior cervical interbody fusion system indicated for use in skeletally mature patients with cervical disc disease (DDD) at one level from C2-T1. . . . The Systems are intended to be used with autogenous or allogeneic bone graft comprised of cancellous, cortical, and/or corticocancellous bone graft to facilitate fusion."<br><br> |

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | **Exemplary Sources**<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/<br>https://www.nuvasive.com/wp-content/uploads/2021/11/CoRoent-Small-Interlock-System-Patient-Information-Leaflet_Final.pdf |
| 31B | an intervertebral spacer including a top wall, a bottom wall, and first and second sidewalls, wherein the intervertebral spacer defines:<br>a first vertebral body facing surface,<br>a second vertebral body facing surface,<br>an open space defined between the top wall, the bottom wall, the first sidewall, and the second sidewall capable of receiving bone filling for biological bone fusion, wherein the open space extends from the first vertebral body facing surface to the second vertebral body facing surface, | The intervertebral combination internal screw guide and fixation apparatus includes an intervertebral spacer including a top wall, a bottom wall, and first and second sidewalls, wherein the intervertebral spacer defines a first vertebral body facing surface, a second vertebral body facing surface, and an open space defined between the top wall, the bottom wall, the first sidewall, and the second sidewall capable of receiving bone filling for biological bone fusion, wherein the open space extends from the first vertebral body facing surface to the second vertebral body facing surface.<br><br> |

2

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | |

first vertebral body facing surface

open space

second vertebral body facing surface

first vertebral body facing surface

second vertebral body facing surface

*See also* Row 31A.

Exemplary Sources
https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf
https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 31C | a first internal screw guide having a first entry opening and a first exit opening, the first entry opening of the first internal screw guide formed at least partially in a top | The intervertebral spacer includes a first internal screw guide having a first entry opening and a first exit opening, the first entry opening of the first internal screw guide formed at least partially in a top surface of the top wall and the first exit opening formed at least partially in a bottom surface of the top wall and at least partially in a first side surface of the top wall. |

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | NuVasive Infringing Activity[1] |
|---|---|
| surface of the top wall and the first exit opening formed at least partially in a bottom surface of the top wall and at least partially in a first side surface of the top wall, and |  Exemplary Sources  https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf  https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 31D    a second internal screw guide having a second entry opening and a second exit opening, the second entry opening of the second internal screw guide formed at least partially in the top surface of the top wall and the second exit opening formed at least partially in the bottom surface of the top wall | The intervertebral spacer includes a second internal screw guide having a second entry opening and a second exit opening, the second entry opening of the second internal screw guide formed at least partially in the top surface of the top wall and the second exit opening formed at least partially in the bottom surface of the top wall and at least partially in a second side surface of the top wall so as to extend in a direction different than that of the first internal screw guide. |

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | NuVasive Infringing Activity[1] |
| --- | --- |
| and at least partially in a second side surface of the top wall so as to extend in a direction different than that of the first internal screw guide; | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 31E   a first screw having a first screw head and a first threaded body that is sized and configured to be inserted through the first internal screw guide; | The intervertebral spacer includes a first screw having a first screw head and a first threaded body that is sized and configured to be inserted through the first internal screw guide. |

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>*See also* Row 31C.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 31F | a second screw having a second screw head and a second threaded body that is sized and configured to be inserted through the second internal screw guide; | The intervertebral spacer includes a second screw having a second screw head and a second threaded body that is sized and configured to be inserted through the second internal screw guide. |

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | NuVasive Infringing Activity[1] |
|---|---|
| | second screw head / second internal screw guide / second screw / second threaded body<br><br>*See also* Row 31D.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 31G | a first screw lock positioned in the intervertebral spacer at a first location between at least a first portion of the top wall of the intervertebral spacer and a first | The intervertebral spacer includes a first screw lock positioned in the intervertebral spacer at a first location between at least a first portion of the top wall of the intervertebral spacer and a first head of the first screw, wherein the first screw lock has a first curved metal structure that extends at least partially around a first circumference of the first screw, wherein the first screw lock includes a first curved inner surface facing the first screw and a first curved outer surface facing the first portion of the |

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | NuVasive Infringing Activity[1] |
|---|---|
| head of the first screw, wherein the first screw lock has a first curved metal structure that extends at least partially around a first circumference of the first screw, wherein the first screw lock includes a first curved inner surface facing the first screw and a first curved outer surface facing the first portion of the top wall of the intervertebral spacer such that the first screw lock is configured to engage with both the first screw and the intervertebral spacer so as to inhibit removal of the first screw; and | top wall of the intervertebral spacer such that the first screw lock is configured to engage with both the first screw and the intervertebral spacer so as to inhibit removal of the first screw.  For example, a NuVasive Surgical Technique brochure states "The bottom of the screw head interacts with the Tactile Feedback Washer under compression to create a sandpaper-on-sandpaper feel, which increases drag and the torque required to turn the screw."<br><br><br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |

**EXHIBIT G3 - U.S. PATENT 10,925,753**
**Infringement Claim Chart**

| U.S. Patent 10,925,753 | NuVasive Infringing Activity[1] |
|---|---|
| 31H | a second screw lock positioned in the intervertebral spacer at a second location between at least a second portion of top wall of the intervertebral spacer and a second head of the second screw, wherein the second screw lock has a second curved metal structure that extends at least partially around a second circumference of the second screw, wherein the second screw lock includes a second curved inner surface facing the second screw and a second curved outer surface facing a second portion of the top wall of the intervertebral spacer such that the second screw lock is configured to engage with both the second screw and the intervertebral spacer so as to inhibit removal of the second screw. | The intervertebral spacer includes a second screw lock positioned in the intervertebral spacer at a second location between at least a second portion of top wall of the intervertebral spacer and a second head of the second screw, wherein the second screw lock has a second curved metal structure that extends at least partially around a second circumference of the second screw, wherein the second screw lock includes a second curved inner surface facing the second screw and a second curved outer surface facing a second portion of the top wall of the intervertebral spacer such that the second screw lock is configured to engage with both the second screw and the intervertebral spacer so as to inhibit removal of the second screw.<br><br> <br><br>*See also* Row 31G.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |