# Exhibit H2

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | | NuVasive Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | **TLX Spinal System** |
| 1A | A system comprising:<br><br>a tool assembly which comprises:<br><br>a first tool having a first proximal end and a first distal end with a first handle and a holder portion, | | The '136 Accused Instrumentalities include a system comprising a tool assembly which comprises a first tool having a first proximal end and a first distal end with a first handle and a holder portion.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://www.youtube.com/watch?v=wT2sMIo2ltg |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1B | the holder portion being positioned at the first distal end opposite of the first handle which is positioned at the first proximal end, and the holder portion having first and second engagement prongs positioned at the first distal end, | The holder portion is positioned at the first distal end opposite of the first handle which is positioned at the first proximal end, and the holder portion having first and second engagement prongs positioned at the first distal end.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1C | wherein the first tool defines an adjusting tool passage through the first tool; and | The first tool defines an adjusting tool passage through the first tool. |

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1D    a second adjusting tool having a second proximal end and a second distal end with a second handle positioned at the second proximal end, | The '136 Accused Instrumentalities include a second adjusting tool having a second proximal end and a second distal end with a second handle positioned at the second proximal end. |

3

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1E | a screw engagement portion positioned at the second distal end, and a shaft extending from the second handle to the screw engagement portion, | The second adjusting tool has a screw engagement portion positioned at the second distal end, and a shaft extending from the second handle to the screw engagement portion. |

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| |

Exemplary Sources
https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf
https://www.youtube.com/watch?v=IDLovL6s9g0
https://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1F | wherein the shaft of the second adjusting tool is sized with a smaller diameter than that of the adjusting tool passage such that the second adjusting tool can | The shaft of the second adjusting tool is sized with a smaller diameter than that of the adjusting tool passage such that the second adjusting tool can extend through the adjusting tool passage of the first tool. |

5

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| extend through the adjusting tool passage of the first tool; and | <br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1G an expandable spinal implant sized and configured to be implanted in a human spine, the expandable spinal implant comprising a first expandable spinal implant structure, a second expandable spinal implant structure, and an | The '136 Accused Instrumentalities include an expandable spinal implant sized and configured to be implanted in a human spine, the expandable spinal implant comprising a first expandable spinal implant structure, a second expandable spinal implant structure, and an adjusting screw having a screw head and a threaded portion. |

6

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| adjusting screw having a screw head and a threaded portion, | \n\nExemplary Sources\nhttps://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf\nhttps://www.youtube.com/watch?v=IDLovL6s9g0\nhttps://www.youtube.com/watch?v=wT2sMIo2ltg |
| 1H   wherein the expandable spinal implant is configured to expand the first expandable spinal implant structure with respect to the second expandable spinal implant | The expandable spinal implant is configured to expand the first expandable spinal implant structure with respect to the second expandable spinal implant structure in response to turning of the adjusting screw. |

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| structure in response to turning of the adjusting screw, | <br><br>Collapsed—0˚ Lordosis<br><br>50% Expanded—10˚ Lordosis<br><br>100% Expanded—20˚ Lordosis<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| 1I | wherein the expandable spinal implant defines first and second tool engagement portions each defining a space that is sized, shaped, and configured for receiving the first and second engagement prongs of the first tool, | The expandable spinal implant defines first and second tool engagement portions each defining a space that is sized, shaped, and configured for receiving the first and second engagement prongs of the first tool.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1J | wherein the first tool engagement portion is formed at a proximal end of a first side surface of the expandable spinal implant and the second tool engagement portion is formed at a proximal end of a second side surface of the expandable spinal implant, | The first tool engagement portion is formed at a proximal end of a first side surface of the expandable spinal implant and the second tool engagement portion is formed at a proximal end of a second side surface of the expandable spinal implant. |

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| |

Exemplary Sources
https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf
https://www.youtube.com/watch?v=IDLovL6s9g0 |
| 1K | wherein the adjusting screw is positioned within the expandable spinal implant in a screw location such that the second adjusting tool can extend through the adjusting tool passage of the first tool to engage the screw head of the adjusting screw while the first and second engagement prongs of the | The adjusting screw is positioned within the expandable spinal implant in a screw location such that the second adjusting tool can extend through the adjusting tool passage of the first tool to engage the screw head of the adjusting screw while the first and second engagement prongs of the first tool are engaged with the first and second tool engagement portions of the expandable spinal implant. |

10

**EXHIBIT H2 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| first tool are engaged with the first and second tool engagement portions of the expandable spinal implant. |  Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/TLX-20-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=IDLovL6s9g0<br>https://www.youtube.com/watch?v=wT2sMIo2ltg |