# Exhibit H3

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** | **Claim 1** | **MOD-EX PL System** |
| 1A | A system comprising:<br><br>a tool assembly which comprises:<br><br>a first tool having a first proximal end and a first distal end with a first handle and a holder portion, | The '136 Accused Instrumentalities include a system comprising a tool assembly which comprises a first tool having a first proximal end and a first distal end with a first handle and a holder portion.<br><br><br><br>Exemplary Sources<br>https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://neurospineproductreview.com/mod-ex-pl-expandable-interbody-system<br>https://www.accessdata.fda.gov/cdrh_docs/pdf21/K210214.pdf |
| 1B | the holder portion being positioned at the first distal end opposite of the first handle which is positioned at the first proximal end, and the holder portion having first and second engagement prongs positioned at the first distal end, | The holder portion is positioned at the first distal end opposite of the first handle which is positioned at the first proximal end, and the holder portion having first and second engagement prongs positioned at the first distal end.<br><br>*See also* Row 1A.<br><br>Exemplary Sources<br>https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| 1C | wherein the first tool defines an adjusting tool passage through the first tool; and | The first tool defines an adjusting tool passage through the first tool.<br><br>For example, NuVasive promotional material instructs the operator to "Introduce the dual expansion driver with strike plate attached through the Inserter . . . " and "introduce the driver through the inserter until fully seated with the implant (Figs. 23a and 23b)."<br><br><br>**Figure 23a.** Attach the torque handle to the proximal end of the appropriate single driver.<br><br><br>**Figure 10b.** Introduce the dual expansion driver with strike plate attached through the Inserter until the distal end is engaged with the implant and the strike plate locks securely onto the proximal end of the Inserter.<br><br>**Figure 23b.** Full anterior single driver assembly. |

3

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources<br>https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |
| 1D | a second adjusting tool having a second proximal end and a second distal end with a second handle positioned at the second proximal end, | The '136 Accused Instrumentalities include a second adjusting tool having a second proximal end and a second distal end with a second handle positioned at the second proximal end.<br><br> |

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>**Figure 10a.** Attach the indicating strike plate onto the proximal end of the dual expansion driver.<br><br>**Figure 16.** Attach the torque handle to the dual expansion driver within the proximal end of the strike plate.<br><br>Exemplary Sources<br>https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |
| 1E | a screw engagement portion positioned at the second distal end, | The second adjusting tool has a screw engagement portion positioned at the second distal end, and a shaft extending from the second handle to the screw engagement portion. |

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| and a shaft extending from the second handle to the screw engagement portion, | |

6

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>**Figure 10a.** Attach the indicating strike plate onto the proximal end of the dual expansion driver.<br><br>**Figure 16.** Attach the torque handle to the dual expansion driver within the proximal end of the strike plate.<br><br>*See also* Row 1D.<br><br>Exemplary Sources<br>https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |
| 1F | wherein the shaft of the second adjusting tool is sized with a smaller diameter than that of the adjusting tool passage such that the second adjusting tool can | The shaft of the second adjusting tool is sized with a smaller diameter than that of the adjusting tool passage such that the second adjusting tool can extend through the adjusting tool passage of the first tool.<br><br>*See* Rows 1C and 1E. |

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | extend through the adjusting tool passage of the first tool; and | |
| 1G | an expandable spinal implant sized and configured to be implanted in a human spine, the expandable spinal implant comprising a first expandable spinal implant structure, a second expandable spinal implant structure, and an adjusting screw having a screw head and a threaded portion, | The '136 Accused Instrumentalities include an expandable spinal implant sized and configured to be implanted in a human spine, the expandable spinal implant comprising a first expandable spinal implant structure, a second expandable spinal implant structure, and an adjusting screw having a screw head and a threaded portion. |

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |
| 1H | wherein the expandable spinal implant is configured to expand the first expandable spinal implant structure with respect to the second expandable spinal implant structure in response to turning of the adjusting screw, | The expandable spinal implant is configured to expand the first expandable spinal implant structure with respect to the second expandable spinal implant structure in response to turning of the adjusting screw.<br><br>For example, NuVasive promotional material instructs the operator to "expand the implant by slowly rotating the handle clockwise." |

9

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| | AH: 0% expanded, PH: 0% expanded<br><br>AH: 100% expanded, PH: 0% expanded<br><br>Exemplary Sources<br>https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |
| 1I | wherein the expandable spinal implant defines first and second tool engagement portions each defining a space that is sized, shaped, and configured for receiving the first and second engagement prongs of the first tool, | The expandable spinal implant defines first and second tool engagement portions each defining a space that is sized, shaped, and configured for receiving the first and second engagement prongs of the first tool.<br><br>For example, NuVasive promotional material instructs the operator to "[r]otate gold thumbwheel clockwise to engage the distal tangs with the proximal end of the implant." |

10

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
| --- | --- |
| |  |

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources <br> https://neurospineproductreview.com/storage/products/pdfs/alpha-mod-ex-pl-technique-guide-1.PDF |
| 1J | wherein the first tool engagement portion is formed at a proximal end of a first side surface of the expandable spinal implant and the second tool engagement portion is formed at a proximal end of a second side surface of the expandable spinal implant, | The first tool engagement portion is formed at a proximal end of a first side surface of the expandable spinal implant and the second tool engagement portion is formed at a proximal end of a second side surface of the expandable spinal implant. <br><br> *See* Row 1I. |
| 1K | wherein the adjusting screw is positioned within the expandable spinal implant in a screw location such that the second adjusting tool can extend through the adjusting tool passage of the first tool to | The adjusting screw is positioned within the expandable spinal implant in a screw location such that the second adjusting tool can extend through the adjusting tool passage of the first tool to engage the screw head of the adjusting screw while the first and second engagement prongs of the first tool are engaged with the first and second tool engagement portions of the expandable spinal implant. |

**EXHIBIT H3 - U.S. PATENT 11,376,136**
**Infringement Claim Chart**

| U.S. Patent 11,376,136 | NuVasive Infringing Activity[1] |
|---|---|
| engage the screw head of the adjusting screw while the first and second engagement prongs of the first tool are engaged with the first and second tool engagement portions of the expandable spinal implant. | *See* Rows 1B-1J. |

13