# Exhibit I2

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** | **Claim 1** | **Simplify Cervical Disc** |
| 1A | A total artificial disc comprising:<br><br>first and second substantially parallel plates configured to occupy a space defined by vertebral endplates, | The '567 Accused Instrumentalities include a total artificial disc that includes first and second substantially parallel plates configured to occupy a space defined by vertebral endplates.<br><br> |

| Row | Claim 1 | Simplify Cervical Disc |
|---|---|---|
| 1A | A total artificial disc comprising:<br><br>first and second substantially parallel plates configured to occupy a space defined by vertebral endplates, | The '567 Accused Instrumentalities include a total artificial disc that includes first and second substantially parallel plates configured to occupy a space defined by vertebral endplates.<br><br>first substantially parallel plate<br><br>second substantially parallel plate<br><br>PEEK endplate<br>Ceramic core<br>PEEK endplate<br>Titanium plasma coating (porous) |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf<br>https://atlasapi.nuvasive.com/public/ifu/documents/retrieve?get&pVersion=0046&contRep=ZNUVEP1&docId=0050568677011EDCBC8DCCE3CCD60150&compId=Simplify%20STG%20US%2032227_C.pdf<br>https://www.youtube.com/watch?v=kfR9WIFj_s8<br>https://www.spinesurgerydoctor.com/videos/simplify-cervical-disc |
| 1B | each of the first and second substantially parallel plates having a vertebral-facing surface, an opposite surface, and a perimeter surface extending around a perimeter of the first or second substantially parallel plates | Each of the first and second substantially parallel plates has a vertebral-facing surface, an opposite surface, and a perimeter surface extending around a perimeter of the first or second substantially parallel plates between the vertebral-facing surface and the opposite surface. |

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | between the vertebral-facing surface and the opposite surface, | <br><br>Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf |
| 1C | wherein the opposite surfaces of the first and second substantially parallel plates are formed as concave surfaces; | The opposite surfaces of the first and second substantially parallel plates are formed as concave surfaces. |

3

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | |  Exemplary Sources  https://www.nuvasive.com/surgical-solutions/simplify/  https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf |
| 1D | a mobile core disposed between the first and second substantially parallel plates, the mobile core having a generally circular perimeter core rim, | The '567 Accused Instrumentalities include a mobile core disposed between the first and second substantially parallel plates, the mobile core having a generally circular perimeter core rim.  |

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf |
| 1E | the mobile core being positioned against the concave surface of the opposite surfaces of each of the parallel plates, | The mobile core is positioned against the concave surface of the opposite surfaces of each of the parallel plates.<br><br>*See* Rows 1C-1D. |
| 1F | the mobile core configured to permit the vertebral endplates to move relative to one another, | The mobile core is configured to permit the vertebral endplates to move relative to one another.  For example, a NuVasive promotional booklet states that the "Simplify Cervical Disc is designed to treat conditions and symptoms associated with cervical disc degeneration, while preserving motion of the spine."  And NuVasive's website states "Simplify Cervical Disc's unique biconvex, dual articulation allows for pure translation, coupled motion patterns and a variable center of rotation." |

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>**Physiologic motion**<br>Simplify Cervical Disc's unique biconvex, dual articulation allows for pure translation, coupled motion patterns and a variable center of rotation.<br><br>Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf<br>https://www.youtube.com/watch?v=kfR9WIFj_s8<br>https://www.spinesurgerydoctor.com/videos/simplify-cervical-disc |
| 1G | a dimension of the mobile core in a horizontal plane being substantially less than a dimension of the first and second substantially parallel plates such that each of first and second substantially parallel plates extend | A dimension of the mobile core in a horizontal plane is substantially less than a dimension of the first and second substantially parallel plates such that each of first and second substantially parallel plates extend beyond the mobile core in each direction of the horizontal plane. |

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | beyond the mobile core in each direction of the horizontal plane; | <br><br>Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf |
| 1H | a first plurality of anchors formed as right-angled lateral protrusions positioned on the vertebral-facing surface of the first substantially parallel plate, | The '567 Accused Instrumentalities include a first plurality of anchors formed as right-angled lateral protrusions positioned on the vertebral-facing surface of the first substantially parallel plate. |

7

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf |
| 1I | wherein the first plurality of anchors are positioned within a center portion of the vertebral-facing surface and are configured to engage with one of the vertebral endplates, | The first plurality of anchors are positioned within a center portion of the vertebral-facing surface and are configured to engage with one of the vertebral endplates. |

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf<br>https://atlasapi.nuvasive.com/public/ifu/documents/retrieve?get&pVersion=0046&contRep=ZNUVEP1&docId=0050568677011EDCBC8DCCE3CCD60150&compId=Simplify%20STG%20US%2032227_C.pdf<br>https://www.youtube.com/watch?v=kfR9WIFj_s8<br>https://www.spinesurgerydoctor.com/videos/simplify-cervical-disc |
| 1J | and the first plurality of anchors arranged to form at least one line of anchors across the center | The first plurality of anchors is arranged to form at least one line of anchors across the center portion of the vertebral-facing surface.<br><br>*See* Rows 1H-1I. |

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | portion of the vertebral-facing surface, | |
| 1K | the first plurality of anchors positioned so that a right-angled side of each anchor in the at least one line of anchors is oriented in a same direction across the vertebral-facing surface; | The first plurality of anchors are positioned within a center portion of the vertebral-facing surface and are configured to engage with one of the vertebral endplates.<br><br>*See* Rows 1H-1J. |
| 1L | and a second plurality of anchors positioned about at least a portion of a perimeter of the vertebral-facing surface of the first substantially parallel plate, each of the second plurality of anchors positioned at and extending to an edge of the first substantially parallel plate; | The '567 Accused Instrumentalities include a second plurality of anchors positioned about at least a portion of a perimeter of the vertebral-facing surface of the first substantially parallel plate, each of the second plurality of anchors positioned at and extending to an edge of the first substantially parallel plate.<br><br> |

**EXHIBIT I2 - U.S. PATENT 11,771,567**
**Infringement Claim Chart**

| U.S. Patent 11,771,567 | NuVasive Infringing Activity[1] |
|---|---|
| | Exemplary Sources<br>https://www.nuvasive.com/surgical-solutions/simplify/<br>https://www.nuvasive.com/wp-content/uploads/2023/11/Simplify-Cervical-Disc-Patient-Education-Brochure.pdf<br>https://atlasapi.nuvasive.com/public/ifu/documents/retrieve?get&pVersion=0046&contRep=ZNUVEP1&docId=0050568677011EDCBC8DCCE3CCD60150&compId=Simplify%20STG%20US%2032227_C.pdf<br>https://www.youtube.com/watch?v=kfR9WIFj_s8<br>https://www.spinesurgerydoctor.com/videos/simplify-cervical-disc |
| 1M | wherein each anchor of the second plurality of anchors has an exterior surface that extends continuously from the perimeter surface of the first substantially parallel plate. | Each anchor of the second plurality of anchors has an exterior surface that extends continuously from the perimeter surface of the first substantially parallel plate.<br><br>*See* Row 1L. |