# Exhibit J2

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** | **Claim 1** |
| 1A | An intervertebral implant configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion, the intervertebral implant comprising: |

*(continued — right column "Base Interfixated System")*

The '743 Accused Instrumentalities include an intervertebral implant configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion.

For example, the Base™ Interfixated system features an interbody implant that provides interbody fusion through biological bone fusion and screw fusion. NuVasive promotional material states that "The System is designed for use with autogenous and/or allogeneic bone graft comprised of cancellous and/or corticocancellous bone graft to facilitate fusion."

Exemplary Sources
https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf
https://www.nuvasive.com/wp-content/uploads/2021/11/BASE-Interfixated-System-Patient-Information-Leaflet_Final.pdf
https://www.nuvasive.com/wp-content/uploads/2019/04/PE-1303_ALIFPEBrochureUpdate_9501187C1.pdf

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| | https://www.nuvasive.com/wp-content/uploads/2017/03/ALIF-Patient-Education-Brochure-US.pdf<br>https://www.youtube.com/watch?v=Lolp2upYvHQ |
| 1B    a top wall, a bottom wall, and first and second sidewalls, wherein the top wall, bottom wall and first and second sidewalls define a space capable of receiving bone filling for biological bone fusion, | The intervertebral implant includes a top wall, a bottom wall, and first and second sidewalls, wherein the top wall, bottom wall and first and second sidewalls define a space capable of receiving bone filling for biological bone fusion.<br><br>*See also* Row 1A.<br><br>Exemplary Sources<br>https://www.nuvasive.com/wp-content/uploads/2021/11/BASE-Interfixated-System-Patient-Information-Leaflet_Final.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1C | the top wall comprising a top surface, a bottom surface opposite the top surface, | The top wall includes a top surface and a bottom surface opposite the top surface.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |
| 1D | and first and second side surfaces, the first and second side surfaces configured to face first and second vertebral-bodies when the intervertebral implant is inserted into a disc space; | The intervertebral implant includes first and second side surfaces, the first and second side surfaces configured to face first and second vertebral-bodies when the intervertebral implant is inserted into a disc space. |

3

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br> Exemplary Sources <br> https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |
| 1E a first internal screw guide having a first bore extending from a first entry opening to a first exit | The intervertebral implant includes a first internal screw guide having a first bore extending from a first entry opening to a first exit opening, the first entry opening of the first internal screw guide formed at least partially in the top surface of the top wall such that no part of the first entry opening is formed |

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| opening, the first entry opening of the first internal screw guide formed at least partially in the top surface of the top wall such that no part of the first entry opening is formed in the first and second sidewalls and the first exit opening formed at least partially in the bottom surface of the top wall and at least partially in the first side surface of the top wall; | in the first and second sidewalls and the first exit opening formed at least partially in the bottom surface of the top wall and at least partially in the first side surface of the top wall. <br><br> Exemplary Sources <br> https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |
| 1F | a first screw having a first threaded screw body and a first screw head, wherein the first screw is configured to be received by the first bore of the first internal screw guide at a position where at least a portion of the first threaded screw body projects through the first exit opening and the first | The intervertebral implant includes a first screw having a first threaded screw body and a first screw head, wherein the first screw is configured to be received by the first bore of the first internal screw guide at a position where at least a portion of the first threaded screw body projects through the first exit opening and the first screw head abuts a first surface within the first bore. |

5

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| screw head abuts a first surface within the first bore; |

*See also* Row 1E.

Exemplary Sources
https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |
| 1G | wherein the abutment of the first screw head and the first surface exerts a force against the first screw head and inhibits backout of the first screw from the first internal screw guide, and | The abutment of the first screw head and the first surface exerts a force against the first screw head and inhibits backout of the first screw from the first internal screw guide.

For example, a NuVasive Surgical Technique brochure advertises a "distinctive locking mechanism" comprising a "Self-tapping, self-driving bolt with inner-locking set screw to assist with anti-backout." |

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| | **DISTINCTIVE LOCKING MECHANISM** Self-tapping, self-driving bolt with inner-locking set screw to assist with anti-backout.  UNLOCKED    LOCKED  *See also* Rows 1E and 1F.  Exemplary Sources https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |

7

**EXHIBIT J2 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://www.nuvasive.com/wp-content/uploads/2017/03/ALIF-Patient-Education-Brochure-US.pdf |
| 1H | wherein the first and second sidewalls exclude any portion of any entry opening of an internal screw guide. | The first and second sidewalls exclude any portion of any entry opening of an internal screw guide.<br><br>*See also* Rows 1B and 1E.<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/BASE-Interfixated-Titanium-Sales-Brochure.pdf |

8