# Exhibit J3

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** / **Claim 1** | **Brigade System** |
| 1A — An intervertebral implant configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion, the intervertebral implant comprising: | The '743 Accused Instrumentalities include an intervertebral implant configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion.<br><br>For example, the Brigade™ system features an interbody implant that provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states that "The System is designed for use with autogenous and/or allogeneic bone graft comprised of cancellous and/or corticocancellous bone graft to facilitate fusion."<br><br><br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://www.nuvasive.com/wp-content/uploads/2021/11/Brigade-Interfixated-System-Patient-Information-Leaflet_Final.pdf<br>https://www.youtube.com/watch?v=PvaLewe4s5Y<br>https://www.youtube.com/watch?v=7kLbpWP-Yok |
| 1B | a top wall, a bottom wall, and first and second sidewalls, wherein the top wall, bottom wall and first and second sidewalls define a space capable of receiving bone filling for biological bone fusion, | The intervertebral implant includes a top wall, a bottom wall, and first and second sidewalls, wherein the top wall, bottom wall and first and second sidewalls define a space capable of receiving bone filling for biological bone fusion.<br><br><br><br>*See also* Row 1A.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf |

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | | https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf |
| 1C | the top wall comprising a top surface, a bottom surface opposite the top surface, | The top wall includes a top surface and a bottom surface opposite the top surface.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf |
| 1D | and first and second side surfaces, the first and second side surfaces configured to face first and second vertebral-bodies when the intervertebral implant is inserted into a disc space; | The intervertebral implant includes first and second side surfaces, the first and second side surfaces configured to face first and second vertebral-bodies when the intervertebral implant is inserted into a disc space. |

3

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf |
| 1E | a first internal screw guide having a first bore extending from a first entry opening to a first exit opening, the first entry opening of the first internal screw guide formed at least partially in the top surface of the top wall such that no part of the first entry opening is formed in the first and second | The intervertebral implant includes a first internal screw guide having a first bore extending from a first entry opening to a first exit opening, the first entry opening of the first internal screw guide formed at least partially in the top surface of the top wall such that no part of the first entry opening is formed in the first and second sidewalls and the first exit opening formed at least partially in the bottom surface of the top wall and at least partially in the first side surface of the top wall. |

4

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| sidewalls and the first exit opening formed at least partially in the bottom surface of the top wall and at least partially in the first side surface of the top wall; | <br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=7kLbpWP-Yok |
| 1F | a first screw having a first threaded screw body and a first screw head, wherein the first screw is configured to be received by the first bore of the first internal screw guide at a position where at least a portion of the first threaded screw body projects through the first exit opening and the first | The intervertebral implant includes a first screw having a first threaded screw body and a first screw head, wherein the first screw is configured to be received by the first bore of the first internal screw guide at a position where at least a portion of the first threaded screw body projects through the first exit opening and the first screw head abuts a first surface within the first bore. |

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| screw head abuts a first surface within the first bore; | *See also* Row 1E.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf<br>https://www.youtube.com/watch?v=7kLbpWP-Yok |
| 1G wherein the abutment of the first screw head and the first surface exerts a force against the first screw head and inhibits backout of the first screw from the first internal screw guide, and | The abutment of the first screw head and the first surface exerts a force against the first screw head and inhibits backout of the first screw from the first internal screw guide. For example, a NuVasive Surgical Technique brochure states "Single-step Threaded Taper Block is designed to prevent screw backout and increase construct stability." |

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| | **Threaded Taper Block** Single-Step Locking Mechanism <br><br> • Single-step Threaded Taper Block is designed to prevent screw backout and increase construct stability <br> • Visual indicator allows proper seating of screw <br><br> *See also* Row 1F. <br><br> Exemplary Sources <br> https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf <br> https://www.youtube.com/watch?v=7kLbpWP-Yok <br> https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf |
| 1H | wherein the first and second sidewalls exclude any portion of any entry opening of an internal screw guide. | The first and second sidewalls exclude any portion of any entry opening of an internal screw guide. |

**EXHIBIT J3 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
| --- | --- |
| | <br><br>*See also* Rows 1B and 1E.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2020/07/Brigade-Standalone-ALIF.SGT-Nuvasive.pdf<br>https://www.youtube.com/watch?v=7kLbpWP-Yok<br>https://andaltrauma.com/wp-content/uploads/2024/04/Brigade-Hyperlordotic-ALIF-Sales-Brochure.pdf |