# Exhibit J4

**EXHIBIT J4 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| **Row** — **Claim 1** | **CoRoent Small Interlock System** |
| 1A — An intervertebral implant configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion, the intervertebral implant comprising: | The '743 Accused Instrumentalities include an intervertebral implant configured to be inserted into a disc space between a first vertebral body and a second vertebral body and to provide fusion of the first vertebral body to the second vertebral body via biological bone fusion and screw fusion. <br><br> For example, the CoRoent™ Small Interlock system features an interbody implant that provides interbody fusion through biological bone fusion and screw fusion.  NuVasive promotional material states "The NuVasive Coroent Small Interlock System and the NuVasive Coroent Small Interlock II System are an anterior cervical interbody fusion system indicated for use in skeletally mature patients with cervical disc disease (DDD) at one level from C2-T1. . . . The Systems are intended to be used with autogenous or allogeneic bone graft comprised of cancellous, cortical, and/or corticocancellous bone graft to facilitate fusion." <br><br> |

---

[1] These allegations are exemplary and Moskowitz Family LLC reserves the right to supplement them as the case progresses.

**EXHIBIT J4 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| | Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://www.nuvasive.com/wp-content/uploads/2021/11/CoRoent-Small-Interlock-System-Patient-Information-Leaflet_Final.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf |
| 1B | a top wall, a bottom wall, and first and second sidewalls, wherein the top wall, bottom wall and first and second sidewalls define a space capable of receiving bone filling for biological bone fusion, | The intervertebral implant includes a top wall, a bottom wall, and first and second sidewalls, wherein the top wall, bottom wall and first and second sidewalls define a space capable of receiving bone filling for biological bone fusion.<br><br><br><br>*See also* Row 1A.<br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf |

2

**EXHIBIT J4 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1C | the top wall comprising a top surface, a bottom surface opposite the top surface, and first and second side surfaces, the first and second side surfaces configured to face first and second vertebral-bodies when the intervertebral implant is inserted into a disc space; | The top wall includes a top surface and a bottom surface opposite the top surface and first and second side surfaces, the first and second side surfaces configured to face first and second vertebral-bodies when the intervertebral implant is inserted into a disc space.<br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf |
| 1D | a first internal screw guide having a first bore extending from a first entry opening to a first exit opening, the first entry opening of the first internal screw guide formed at least partially in the top surface of the top wall such that no part of the first entry opening is | The intervertebral implant includes a first internal screw guide having a first bore extending from a first entry opening to a first exit opening, the first entry opening of the first internal screw guide formed at least partially in the top surface of the top wall such that no part of the first entry opening is formed in the first and second sidewalls and the first exit opening formed at least partially in the bottom surface of the top wall and at least partially in the first side surface of the top wall. |

**EXHIBIT J4 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | NuVasive Infringing Activity[1] |
|---|---|
| formed in the first and second sidewalls and the first exit opening formed at least partially in the bottom surface of the top wall and at least partially in the first side surface of the top wall; | <br><br><br><br>Exemplary Sources<br>https://andaltrauma.com/wp-content/uploads/2024/04/CoRoent-Small-Interlock-2-Sales-Brochure.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf |

4

**EXHIBIT J4 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | | NuVasive Infringing Activity[1] |
|---|---|---|
| 1E | a first screw having a first threaded screw body and a first screw head, wherein the first screw is configured to be received by the first bore of the first internal screw guide at a position where at least a portion of the first threaded screw body projects through the first exit opening and the first screw head abuts a first surface within the first bore; | The intervertebral implant includes a first screw having a first threaded screw body and a first screw head, wherein the first screw is configured to be received by the first bore of the first internal screw guide at a position where at least a portion of the first threaded screw body projects through the first exit opening and the first screw head abuts a first surface within the first bore. *See also* Row 1D.<br><br>Exemplary Sources<br>https://thespinemarketgroup.com/wp-content/uploads/2023/03/CoRoent-Small-Interlock-SGT.Nuvasive.pdf<br>https://andaltrauma.com/producto/coroent-small-interlock-2/ |
| 1F | wherein the abutment of the first screw head and the first surface | The abutment of the first screw head and the first surface exerts a force against the first screw head and inhibits backout of the first screw from the first internal screw guide. |

**EXHIBIT J4 - U.S. PATENT 12,144,743**
**Infringement Claim Chart**

| U.S. Patent 12,144,743 | | NuVasive Infringing Activity[1] |
|---|---|---|
| | exerts a force against the first screw head and inhibits backout of the first screw from the first internal screw guide, and | *See* Row 1F. |
| 1G | wherein the first and second sidewalls exclude any portion of any entry opening of an internal screw guide. | The first and second sidewalls exclude any portion of any entry opening of an internal screw guide. <br><br> <br><br> *See also* Rows 1B and 1E. <br><br> <u>Exemplary Sources</u> <br> https://andaltrauma.com/producto/coroent-small-interlock-2/ |

6